```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DEBORAH COLLINS,                                           :
                                                           :
                              Plaintiff,                   :     18-CV-10271 (VEC)
                                                           :
                -against-                                  :
                                                           :     ORDER OF REFERENCE
SELIP & STYLIANOU, LLP,                                    :     TO MAGISTRATE JUDGE
                                                           :
                              Defendant.                   :
------------------------------------------------------------- X

The above entitled action is referred to Magistrate Judge Wang for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

If necessary, Defendant's motion for summary judgment shall be due on **September 6, 2019**. Plaintiff's response and cross-motion for summary judgment shall be due **October 4, 2019**. Defendant's reply and response to the cross-motion are due **November 1, 2019**. Plaintiff's reply shall be due **November 15, 2019**. Parties are advised that the briefing schedule is unlikely to be extended.

**SO ORDERED.**

Date: June 14, 2019                         _____
      New York, NY                          VALERIE CAPRONI
                                            United States District Judge