# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
105 Maxess Road, Suite 303, Melville, NY 11747
(631) 232-6130  Fax (631) 232-6184

Direct Dial: (631) 227-6347
Email: ljquinn@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

June 17, 2019

**VIA ECF**

**MEMO ENDORSED**

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

      RE:    Deborah Collins v Selip & Stylianou, LLP
              Case No.: 1:18-cv-10271 (VEC)
              Our File No.: 41068.00115

Dear Judge Wang:

      We are attorneys representing defendant, Selip & Stylianou, LLP, in the above matter. We write with the consent of plaintiff's counsel, Ahmad Keshavarz, to request and adjournment of the Pre-Settlement Conference Scheduling Call set on July 2, 2019 at 10:00 a.m.

      The reason for the adjournment is that the undersigned will be out of the Country on July 2, 2019 and not returning until July 8, 2019.

      Counsel have conferred regarding alternative dates for the Pre-Settlement Conference Scheduling Call. Counsel are available on July 11, 2019 and July 25, 2019. This is Defendant's first request for an adjournment.

      Thank you for Your Honor's consideration of this request for an adjournment.

                                  Respectfully submitted,

                                  Lori J. Quinn

Honorable Judge Ona T. Wang
United States District Judge
June 17, 2019
Page 2

___

cc: **VIA ECF**

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, 26th Floor
Brooklyn, NY 11241-1026

> **Application Granted.** The Pre-Settlement Conference Scheduling Call is adjourned to July 11, 2019 at 12:00 p.m.
>
> **SO ORDERED.**
>
> _____
> **Ona T. Wang**                6/18/2019
> United States Magistrate Judge