UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEBORAH COLLINS,

                 Plaintiff,                 18-CV-10271 (VEC) (OTW)

      -against-                        **ORDER**

SELIP & STYLIANOU, LLP,

                 Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The settlement conference currently scheduled for September 11, 2019 is adjourned to **September 27, 2019 at 10:00 a.m.** Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order.

The parties' Settlement Conference Summary Forms and Letters, to be copied to opposing counsel, shall be submitted to Chambers by **September 20, 2019**. Each party is directed to submit an additional page *ex parte*.

**SO ORDERED.**

                                                           *s/ Ona T. Wang*

Dated: August 30, 2019                       **Ona T. Wang**
       New York, New York            United States Magistrate Judge